UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JAN -5 P 12: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TIMOTHY J. NOLAN and MARIE F. NOLAN<br><br>Plaintiffs<br><br>vs.<br><br>ALLEN KRAJCIK; WILLIAM FULCHER; STANLEY BATES; KEVIN PAICOS; and THE TOWN OF EASTON<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No.: 02-12228-WGY |

## DEFENDANT KEVIN PAICOS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant, Kevin Paicos, moves this court grant summary judgment in his favor. The defendant contends there are no genuine issues of material fact, and therefore the defendant is entitled to summary judgment as a matter of law.

As grounds for this motion, the defendant attaches a memorandum in support.

/s/ 
Stephen M.A. Woodworth, BBO 534 330
John F. Gleavy, BBO 636 888
Attorney for Defendant, Kevin Paicos
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500