UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>TIMOTHY J. NOLAN, et al.</u>
     **Plaintiff**

  v.

<u>ALLEN KRAJCIK, et al.</u>
     **Defendants**

CIVIL ACTION
NO.  <u>02-12228-JGD</u>

# JUDGMENT

<u>DEIN, M.J.</u>

In accordance with the Court's Order dated April 13, 2004 granting the motions for summary judgment filed by the defendants in the above-entitled action, it is hereby ORDERED:

Judgment for the defendants, Allen Krajcik, William Fulcher, Stanley Bates, Kevin Paicos and the Town of Easton.

By the Court,

<u>April 13, 2004</u>           <u>/ s / Jolyne D'Ambrosio</u>
**Date**              **Deputy Clerk**