UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TIMOTHY J. NOLAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 02-12228-JGD |
| ALLEN KRAJCIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# JUDGMENT

DEIN, M.J.

In accordance with this Court's Memorandum and Order dated July 12, 2005 granting the motions for summary judgment of the defendants Allen Krajcik, Stanley Bates, Kevin Paicos and the Town of Easton, and denying the motion for summary judgment of the defendant William Fulcher as to the claims in Counts I, V, VII and IX relating to his alleged use of excessive force outside the gymnasium, and otherwise granting the motion as to defendant Fulcher; and in accordance with the jury's response to Special Questions dated May 11, 2006 in favor of the defendant William Fulcher, it is hereby ORDERED:

Judgment is hereby entered for the defendants, Allen Krajcik, Stanley Bates, Kevin Paicos, the Town of Easton, and William Fulcher.

SARAH THORNTON
CLERK OF COURT


     / s / Jolyne D'Ambrosio
APPROVED:                         By:  Deputy Clerk


     / s / Judith Gail Dein
United States Magistrate Judge

DATED:  May 16, 2006