# United States Court of Appeals
## For the First Circuit

No. 06-2069

TIMOTHY J. NOLAN; MARIE F. NOLAN,

Plaintiffs - Appellants,

v.

ALLEN KRAJCIK; WILLIAM FULCHER; STANLEY BATES;
KEVIN PAICOS; TOWN OF EASTON,

Defendants - Appellees.

**JUDGMENT**

Entered: October 10, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/10/06

By the Court:

Richard Cushing Donovan, Clerk

AMY B. LEDERER

By_____
Amy Lederer, Appeals Attorney

[cc: Paul Adams, Esq., Frederick McDermott, Esq., Noreen Jonson, Esq., Stephen Woodworth, Esq., John Gleavy, Esq.]